

# Missouri Court of Appeals
## Southern District

**APRIL 15, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32484

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             RICHARD EMMETT DOCKENDORF,
             Defendant-Appellant.